Herschel G. Holland, of Cleveland, Ohio, for appellee.

Before HICKS, SIMONS, and MARTIN, Circuit Judges.

PER CURIAM.

This cause having been heard upon the record, and upon the briefs and oral arguments of attorneys for the parties, and it appearing that there is substantial evidence to support the verdict of the jury and the judgment entered thereon; and no reversible error being found in the record, the judgment of the District Court is affirmed.

## SEARS, ROEBUCK & CO. v. LEVISKI.
### No. 9065.

Circuit Court of Appeals, Sixth Circuit.
June 1, 1942.

McAfee, Grossman, Hanning & Newcomer, of Cleveland, Ohio, for appellant.

Herschel G. Holland, of Cleveland, Ohio, for appellee.

Before HICKS, SIMONS, and MARTIN, Circuit Judges.

PER CURIAM.

This cause having been heard upon the record, and upon the briefs and oral arguments of attorneys for the parties, and it appearing that there is substantial evidence to support the verdict of the jury and the judgment entered thereon; and no reversible error being found in the record, the judgment of the District Court is affirmed.

## In re ROSENBERG.
### MURPHY v. DEEMAR.
### No. 7932.

Circuit Court of Appeals, Seventh Circuit.
May 15, 1942.

